# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2444
Lower Tribunal No. 21-48B

_____

**J. L. M., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya and Sonia Perez, Assistant Attorneys General, for appellee.

Before LOGUE, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed. <u>D.V. v. State</u>, 286 So. 3d 796, 798 (Fla. 3d DCA 2018)

("To establish actual possession, the State must prove 'the contraband is

(1) in the defendant's hand or on his person, (2) in a container in the defendant's hand or on his person, or (3) within the defendant's 'ready reach.' ") (citation and quotations omitted).